UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROSPECT MEDICAL, P.C. et al, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. 09-5912 (SRC) |
| v. : | |
| : | ORDER |
| CIGNA CORPORATION, et al, : | |
| : | |
| Defendants. : | |

**CHESLER**, District Judge

This matter having come before the Court on the motion to dismiss [docket entry no. 30] filed by Defendant Connecticut General Life Insurance Company ("CGLIC"); and Plaintiff having opposed the motion; and the court having held oral argument on February 10, 2011; and the Court having reviewed the papers submitted and considered the arguments presented by the parties; and for the reasons set forth by the Court at oral argument; and for good cause shown,

**IT IS** on this 10th day of January, 2011,

**ORDERED** that Defendant's motion to dismiss [docket entry no. 30] be and hereby is **DENIED IN PART and GRANTED IN PART**; and it is further

**ORDERED** that all claims brought on behalf of patient RV be and hereby are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Counts II and III of the Second Amended Complaint [docket entry no.

27] be and hereby are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Plaintiffs' jury demand be and hereby is **STRICKEN**; and it is further

**ORDERED** that Defendant's motion to dismiss be and hereby is **DENIED** as to Plaintiffs' ERISA § 502(a)(1)(B) claims on behalf of patients AS and ML; and it is further

**ORDERED** that Plaintiffs amend their Complaint within two weeks of the entry of this order in accordance with the Court's dictates as enunciated at oral argument held on February 10, 2011.

  s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge