Brian J. McMahon
E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4879
*Attorneys for Defendant*
*Connecticut General Life Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROSPECT MEDICAL, P.C., PREMIER HEALTH CENTER, P.C., SHORE SPINE CENTER & PHYSICAL REHABILITATION, P.C. D/B/A NORTHEAST SPINE AND SPORTS MEDICINE, and NORTHEASTERN SPINAL HEALTH & REHABILITATION, LLC, on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br>vs.<br><br>CIGNA CORPORATION, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, AND CIGNA HEALTHCARE,<br><br>          Defendants. | *Document Electronically Filed*<br><br>Civil Action No.: 09-5912 (SRC) (MAS)<br><br>CERTIFICATION OF E. EVANS WOHLFORTH, JR. IN SUPPORT OF MOTION TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(C) |

I, **E. EVANS WOHLFORTH, JR.**, of full age, hereby certify as follows:

1. I am an attorney at law of the State of New Jersey and a member in good standing of the bar of this Court. I am a member of the law firm of Gibbons P.C., counsel for Defendant Connecticut General Life Insurance Company ("CGLIC") in this matter.

2. I submit this Certification in support of CGLIC's Motion to Dismiss the Third Amended Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(c).

3. Attached hereto as **Exhibit A** is a true and correct copy of the First Amended Complaint filed in Advanced Rehabilitation, LLC, et al. v. UnitedHealthGroup, Inc., Civ. No. 10-00263 (D.N.J.).on May 18, 2010.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Hon. Dennis M. Cavanaugh's March 17, 2011 Opinion in Advanced Rehabilitation, LLC, et al. v. UnitedHealthGroup, Inc., Civ. No. 10-00263 (D.N.J.).

5. Attached hereto as **Exhibit C** is a true and correct copy of the Hon. Dennis M. Cavanaugh's October 31, 2011 Opinion in Advanced Rehabilitation, LLC, et al. v. UnitedHealthGroup, Inc., Civ. No. 10-00263 (D.N.J.).

6. Attached hereto as **Exhibit D** is a true and correct copy of the Third Amended Class Action Complaint filed in this matter on February 24, 2011 (ECF No. 50).

7. Attached hereto as **Exhibit E** is a true and correct copy of the Proposed Second Amended Class Action Complaint filed in Advanced Rehabilitation, LLC, et al. v. UnitedHealthGroup, Inc., Civ. No. 10-00263 (D.N.J.) on March 31, 2011.

I certify under penalty of perjury that the foregoing is true and correct. Executed in Newark, New Jersey on December 18, 2012.

*[signature]*
E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

Dated:   December 18, 2013
         Newark, New Jersey