# MAZIE SLATER KATZ & FREEMAN, LLC

COUNSELLORS AT LAW

103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-9898
Fax (973) 228-0303
www.mskf.net

David A. Mazie*†
Adam M. Slater*°
Eric D. Katz*°†
David M. Freeman

\* Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

† Certified as a Civil Trial Specialist
by the National Board of
Trial Advocacy

Writer's Direct Dial: 973-228-0151

Counsel
Beth G. Baldinger°

Matthew R. Mendelsohn°
Karen G. Kelsen°
Cheryll A. Calderon
Andrew S. Riso°
David M. Estes

° Member of N.J. & N.Y. Bars

January 29, 2013

**VIA ECF**
Honorable Stanley R. Chesler, U.S.D.J.
United States District Court District of New Jersey
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
P.O. box 999 – Room 417
Newark, New Jersey 07102

      Re:    Prospect Medical, P.C., et al. v. CIGNA Corporation, et al.
                Civil Action No.: 09-5912(SRC)(MAS)

Dear Judge Chesler:

      We are co-counsel for plaintiffs in the above-captioned matter.

      Pending before the Court is defendants' Rule 12(c) motion (D.E. 105) to dismiss. With the consent of defendants, I write to the Court to respectfully request a modification of the briefing schedule in this matter as follows:

      1.    Plaintiffs' response to defendants' motion to dismiss shall be filed on or before February 1, 2013;

      2.    Defendants' reply shall be filed on or before February 20, 2013.

We assume the Court will advise the parties of the return date and whether oral argument is necessary.

Honorable Stanley R. Chesler, U.S.D J.
January 29, 2013
Page 2

    If this modified briefing schedule meets with the Court's approval, we ask that Your Honor "so order" the requested relief.

                            Respectfully,

                            */s/ Eric D. Katz*

                            ERIC D. KATZ

EDK/av
cc:    All counsel