Julie Lefkowitz
LAW OFFICES OF JULIE LEFKOWITZ, LLC
One University Plaza, Suite 412
Hackensack, New Jersey 07601
(201) 467-5700

Lawrence P. Eagel
Jeffrey H. Squire
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858

Eric D. Katz
MAZIE SLATER KATZ & FREEMAN, LLC
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 228-9898
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF NEW JERSEY

| | |
|---|---|
| PROSPECT MEDICAL, P.C., PREMIER HEALTH CENTER, P.C., SHORE SPINE CENTER & PHYSICAL REHABILITATION, P.C. D/B/A NORTHEAST SPINE AND SPORTS MEDICINE, and NORTHEASTERN SPINAL HEALTH & REHABILITATION, LLC, on behalf of themselves and others similarly situated | CIVIL ACTION NO.: 09-5912(SRC)(MAS) |
| Plaintiffs | **NOTICE OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | **(ORAL ARGUMENT REQUESTED)** |
| CIGNA CORPORATION, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, and CIGNA HEALTHCARE, | |
| Defendants. | |

TO: E. Evans Wohlforth, Esq.
 Gibbons P.C.
 One Gateway Center
 Newark, New Jersey 07102
 Attorneys for Defendants

PLEASE TAKE NOTICE that on the date that defendant Connecticut General Life Insurance Company's motion to dismiss plaintiffs' Third Amended Complaint (D.E. 105) is heard, plaintiffs shall cross move before the Honorable Stanley R. Chesler, U.S.D.J. at the United States District Court for the District of New Jersey, Newark, New Jersey for an Order granting partial summary judgment to plaintiffs.

PLEASE TAKE FURTHER NOTICE that plaintiffs shall rely upon Plaintiffs' Memorandum of Law in Opposition to the Motion by Defendant CGLIC to Dismiss the Third Amended Class Action Complaint and In Support of Plaintiffs' Cross-Motion for Partial Summary Judgment, the Statement of Undisputed Material Facts, and Certification of Lawrence P. Eagel in support thereof. A form of Order is attached.

                                       BRAGAR EAGEL & SQUIRE, P.C.
                                       Attorneys for Plaintiffs


                                       BY: s/ Lawrence P. Eagel
                                            LAWRENCE P. EAGEL

Dated: February 1, 2013